1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CHILDS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland corporation conducting business in California; MAXIM HEALTH SYSTEMS LLC, a Maryland limited liability company conducting business in California; and DOES 1-100,<br><br>　　　　　Defendants. | Case No. 8:15-cv-00333-JLS (JCGx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br><br>Complaint Filed: January 12, 2015<br><br>Trial Date:　　　April 26, 2016 |

22180521_1.docx

1

Case No. 8:15-cv-00333-JLS (JCGx)
ORDER GRANTING STIPULATED PROTECTIVE ORDER

## O R D E R

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT** the provisions of the concurrently filed stipulation between the parties regarding the use and protection of Confidential Information (the "Stipulated Protective Order") shall be entered as the Order of the Court and be binding upon the parties.

DATED: October 28, 2015

_____
The Honorable Jay C. Gandhi
United States Magistrate Judge

# CERTIFICATE OF SERVICE

*Lisa Childs v. Maxim Healthcare Services, Inc. and Maxim Health Systems LLC*
Case No. 8:15-cv-00333-JLS (JCGx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On August 21, 2015, I served the following document(s):

## [PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 21, 2015, at Costa Mesa, California.

Loretta Chapman                                     /s/ Loretta Chapman
Type or Print Name                                   Signature

## SERVICE LIST

| | |
|---|---|
| Law Offices of Carlin & Buchsbaum LLP | Attorneys for Plaintiff LISA CHILDS |

Gary R. Carlin
gary@carlinbuchsbaum.com
Brent S. Buchsbaum
brent@carlinbuchsbaum.com
Laurel N. Haag
laurel@carlinbuchsbaum.com
Sang J. Park
sang@carlinbuchsbaum.com
555 East Ocean Blvd., Suite 818
Long Beach, California 90802
Tel: 562-432-8933
Fax: 562-435-1656

Co-Counsel
Law Office of Christian J. Petronelli
Christian J. Petronelli, Esq.
3233 E. Broadway
Long Beach, CA 90803
Tel: 562-277-3335

22180521.1